UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Plaintiff-in-Interpleader,<br><br>    v.<br><br>PHILOMENE SIMON; JAMAAR D. SIMON; FINANCIAL VISIONS, INC., a Colorado Corporation; and DOES 1 through 10, inclusive<br><br>    Defendants-in-Interpleader. | Case No.:  2:09-cv-05314-JHN -FFMx<br><br>**AMENDED JUDGMENT**<br><br>Trial Date:  December 10, 2010 |

    The above-entitled matter came on regularly for court trial before the Hon. Jacqueline Nguyen, United States District Judge, on December 22, 2010, a jury having been waived. Steven J. Shapero, of Shapero, Shapero & Hurst appeared as attorney of record for defendant in interpleader Philomene Simon; defendant in intervention Jamaar Simon appeared pro se; Russell Birner, of Wilson, Elser, Moskowitz, Edelman & Dicker LLP appeared on behalf of Plaintiff Life Insurance Company of North America; and Stuart H. Garrison, of Law Offices of Stuart H. Garrison appeared on behalf of defendant in interpleader Financial Visions, Inc.

Upon reading and considering the evidence presented at the trial, and the argument of counsel, and reviewing the papers and pleadings on file herein, including objections filed by Philomene Simon to Life Insurance Company of North America's Proposed Findings of Fact and Conclusions of Law (docket no. 5), the Court issued its Findings of Fact and Conclusions of Law on April 26, 2011. In accordance therewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is ordered in favor of defendant in interpleader Philomene Simon as against the claims asserted by Jamaar Simon to the proceeds of the subject life insurance policy (Group Term Life Insurance Policy No. FLI152070) arising from the death of Rodrique Simon. Therefore, the proceeds of said life insurance policy deposited into Court by Plaintiff Life Insurance Company of North America, $145,376.93, and any interest accrued thereon, are ordered disbursed to defendant in interpleader Philomene Simon, subject to the claims and entitlements thereto set forth below.

2. From the proceeds of the life insurance policy deposited into Court, defendant in intervention Financial Visions, Inc. is hereby awarded the sum of $17,998.92.

3. From the proceeds of the life insurance policy deposited into Court, Plaintiff Life Insurance Company of North America is awarded costs and attorneys fees in the sum of $16,662.35.

4. Accordingly, the sum awarded to Philomene Simon from the amount deposited in Court is $110,715.66 plus any accrued interest.

5. The defendants in interpleader hereto are hereby restrained and enjoined from instituting any other legal proceeding against Life Insurance Company of North America based on the ownership or purported ownership of the policy.

/ / /

6. Judgment is entered in favor of counter-defendant Life Insurance Company of North America and against counter-plaintiff Jamaar Simon on Jamaar Simon's counterclaim against Life Insurance Company of North America.

IT IS SO ORDERED.

Dated: May 19, 2011

                                                 Hon. Jacqueline Nguyen
                                                 United States District Judge